Attachment A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FILED

MAY - 3 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG. WV 26301

Nicholas Thomas Berring-
-Billman

*Your full name*

**FEDERAL CIVIL RIGHTS**
**COMPLAINT**
**(*BIVENS* ACTION)**

v.

Civil Action No.: 5:21cv67
*(To be assigned by the Clerk of Court)*

U.S. Penitentiay Hazelton
1- Unknown S.H.U. Lieutnant
6- Unknown Correctional Staff
Unit/Case manager Koukola

Bailey
mazzone
Blalock

*Enter above the full name of defendant(s) in this action*

I.     JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).** The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.     Name of Plaintiff: Nicholas T. Berring-Billman Inmate No.: 75902-061
       Address: P. O. Box 350      Beckley F.C.I.
                Beaver, WV  25813

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B.     Name of Defendant: U. S. Penitentiary Hazelton
       Position: _____
       Place of Employment: Bureau of Prisons
       Address: 1 Skyview Drive, Brueeton Mills WV 26525
       _____

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?     ☑ Yes          ☐ No

       If your answer is "YES," briefly explain: They are an
       extension of the F.B.O.P.
       _____

       _____

       _____


B.1    Name of Defendant: Unknown First Shift S.H.U. Lieutenant
       Position: S.H.U. Lieutenant
       Place of Employment: U. S. Penitentiary Hazelton
       Address: Unknown
       _____

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?     ☑ Yes          ☐ No

       If your answer is "YES," briefly explain: He was working
       as an employee for U.S.P. Hazelton
       _____

       _____

       _____


B.2    Name of Defendant: Unknown S.H.U. Officer
       Position: Correction Officer in S.H.U.
       Place of Employment: U. S. Penitentiary Hazelton
       Address: Unknown
       _____

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?     ☑ Yes          ☐ No

If your answer is "YES," briefly explain: _He was working as an employee for U.S.P. Hazelton._

B.3    Name of Defendant: _Unknown relief Officer_
Position: _Corrections officer_
Place of Employment: _U.S. Penitentiary Hazelton_
Address: _Unknown_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: _He was working as an employee for U.S.P. Hazelton._

B.4    Name of Defendant: _Unit "B" Team member Koukola_
Position: _Case/Unit Manager_
Place of Employment: _U. S. Penitentiary Hazelton_
Address: _Unknown_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: _Yes as an employee for U.S.P Hazelton._

**Attachment A**

B.5  Name of Defendant: _Unknown Block officer "B-1"_
Position: _Unit Correction officer_
Place of Employment: _U. S. Penitentiary Hazelton_
Address: _____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?  ☑ Yes      ☐ No

If your answer is "YES," briefly explain: _She was working_
_as an employee for U.S.P. Hazelton_

## III.  PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _Beckley F.C.I._

A.   Is this where the events concerning your complaint took place?
☐ Yes      ☑ No

If you answered "NO," where did the events occur?
_United States Penitentiary Hazelton_

B.   Is there a prisoner grievance procedure in the institution
where the events occurred?      ☑ Yes      ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the
prisoner grievance procedure?
☐ Yes      ☑ No

D.   If your answer is "NO," explain why not: _I repeatedly asked_
_for access to the BP-8-9-10 forms but staff_
_refused to bring them to me. The one time_
_I did get one to fill out the officer tossed it_
_in the trash._

E.   If your answer is "YES," identify the administrative grievance procedure
number(s) in which the claims raised in this complaint were addressed

Attachment A
PG.   10 (a)

B.6  Unknown relief officer
Correctional Officer
U. S. Penitentiary Hazelton
Yes, He was an employee For U.S.P.
Hazelton.

B.7  Unknown S.H.U. Officer
Correctional Officer
U. S. Penitentiary Hazelton
Yes, He was an employee For U.S.P.
Hazelton.

B.8  Unknown S.H.U. Officer
Correctional Officer
U. S. Penitentiary Hazelton
Yes, He was an employee For U.S.P.
Hazelton.

B.9.  Unknown SH.U. Officer
Correctional Officer
U.S. Penitentiary Hazelton
Yes, He was an employee For U.S.P.
Hazelton.

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☑ Yes          ☐ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _Nicholas T. Berring-Billman_

Defendant(s): _U. S. Penitentiary Hazelton_

2.   Court: _Southern District of Ohio_
     (If federal court, name the district; if state court, name the county)

3.   Case Number: _2:21-CV-681_

4.   Basic Claim Made/Issues Raised: _Sexual harassment, Assault, neglect, hamilluation, abuse, Damages,_
_____
_____

5.   Name of Judge(s) to whom case was assigned:
     _Michael H. Watson, and Chelsey M. Vascura_

6.   Disposition: _Pending/Transfered_
     (For example, was the case dismissed? Appealed? Pending?)

7.   Approximate date of filing lawsuit: _February 16. 2021_

8.    Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
      ☑ Yes      ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_After I tried to File the administrative remadies with the staff but would never get them, I wrote to the Inspector general but still haven't heard anything back_

E.    Did you exhaust available administrative remedies?
      ☐ Yes      ☑ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_After not having access to the proper Forms I asked staff at the Transfer Center what I could do they said nothing its to late. I wrote to my Judge First to seek help he mailed me the Forms to File a civil action._

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and case number:

_____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  Describe what <u>each</u> defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1:    See Original Complaint.

ref: 2:21-CV-0068l
Billman v. U.S.P. Hazelton

Supporting Facts: _____

**Attachment A**

CLAIM 2: _SEE ORIGINAL COMPLAINT_

Supporting Facts:

CLAIM 3: _SEE ORIGINAL COMPLAINT_

Supporting Facts:

CLAIM 4: _SEE ORIGINAL COMPLAINT_

Supporting Facts:

**Attachment A**

CLAIM 5: _SEE ORIGINAL COMPLINT_

Supporting Facts:

## VI.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Emotionaly Scared and tramatized, Nightmares, Anxiety and parania, I had brusing and marks from being assaulted. Hamiliation, and Damages

## VII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. _Make no legal arguments. Cite no cases or statutes._

$1,000,000.00 for the Assualt, 1,000,000.00 for the Sexual Harrassment and Hazing. 100,000.00 for each day in a cell with a broken tollet, $1,000,000.00 for the emotional and mental damages. Charges brought againt the officers involved, as well as a change in policy and S.H.U. envicrment.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___*Beckley - F.C.I.*___ on ___*22 of April, 2021*___ .
 (Location)  (Date)

*Nicholas T. Berring Billing*
Your Signature

<strong>Attachment E</strong>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_Nicholas T. Berring-Billman_

_____

*Your full name*

v.

Civil Action No.: _____

_U. S. Penitentiary Hazelton_
_1 SHU. Lieutnant_
_6 Correctional Officers_
_Unit/Case manager Koukola_

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, _Nicholas T. Berring-Billman_ (your name here), appearing *pro se*, hereby certify

that I have served the foregoing _Bivens Action Att. A,B,C,D, &E._ (title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on _04-28-2021_ (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)