FILED

MAY 2 3 2022

**Attachment A**

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Nicholas Thomas Berring-
Billman

*Your full name*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v.

Civil Action No.: 5:21-cv-67
*(To be assigned by the Clerk of Court)*

John Doe #1 (S.H.U. LT., BlackHair Combover, 5'9" to 5'11 in hight, Stocky Build.
John Doe #2 (S.H.U. Officer, BrownishHair, 6'3" plus, Slim and Tall.)
Unit/Case Manager Koukola
Jane Doe (short, Glasses, Brown Hair, B-2 day officer.)

*Enter above the full name of defendant(s) in this action,*
John Doe #3 (S.H.U. officer, Big Beard, Brown & Greying hair, heavy set, 6'1")
John Doe #4 (compound officer, Bearded Black/Brown hair, 6'1"-6'2", Tattooed)

I.    JURISDICTION  John Doe #5 (B-2 Day officer)  John doe #6 (compound off.
(6'0" Black hair, 20-30 yrold, tattoos)  (Big Beard, Bald, s6lid Built. 6'1")

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of
Federal Bureau of Narcotics, 403 U.S. 388 (1971).** The Court has jurisdiction over
this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing
address in the space provided.*

    A.    Name of Plaintiff: Nicholas Berring-Billman  Inmate No.: 75902-061
        Address: P.O. Box 350  Beckley F.C.I.
        Beaver, WV  25813

*In Item B below, place the full name of each defendant, his or her official position, place of
employment, and address in the space provided.*

**Attachment A**

B.    Name of Defendant: _John Doe #1_
Position: _S.H.U. Lieutant_
Place of Employment: _U.S.P. Hazelton_
Address: _1 Skyview Drive, Bruceton Mills, WV 26525_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: _He was working_
_for the Federal Prison System._

B.1    Name of Defendant: _John Doe #2_
Position: _Correctional officer_
Place of Employment: _U.S.P. Hazelton_
Address: _1 Skyview Drive, Bruceton Mills, WV 26525_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: _He was working for_
_the Federal Prison System._

B.2    Name of Defendant: _Unit/case Manager Koukola_
Position: _Team Staff/Unit or case Manager_
Place of Employment: _U.S.P. Hazelton_
Address: _1 Skyview Drive, Bruceton Mills, WV 26525_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes        ☐ No

**Attachment A**

If your answer is "YES," briefly explain: _Staff member off/ for the Federal Prison System._

B.3   Name of Defendant: _Jane Doe_
Position: _Day-shift Correctional Officer_
Place of Employment: _U.S.P. Hazelton_
Address: _1 Skyview Drive, Bruceton Mills, WV 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes      ☐ No

If your answer is "YES," briefly explain: _She was working as a employee for the Federal prison system_

B.4   Name of Defendant: _John Doe #3_
Position: _Correctional officer_
Place of Employment: _U.S.P. Hazelton_
Address: _1 Skyview Dr., Bruceton Mills, WV 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes      ☐ No

If your answer is "YES," briefly explain: _He is a employee of the Federal prison system_

**Attachment A**

B.5    Name of Defendant: John Doe #4, 5, & 6
B.6    Position: Compound/Correctional officers
B.7    Place of Employment: U.S.P. Hazelton
       Address: 1 Skyview Dr. Bruceton Mills, WV.
       26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: They are working
as federal corrections staff.

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: F.C.I. Beckley

A.    Is this where the events concerning your complaint took place?
        ☐ Yes      ☑ No

If you answered "NO," where did the events occur?
United States Penitentiary Hazelton

B.    Is there a prisoner grievance procedure in the institution
      where the events occurred?    ☑ Yes        ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the
      prisoner grievance procedure?
        ☐ Yes      ☑ No

D.    If your answer is "NO," explain why not: I repeatedly asked
      staff for/access to the BP. 8-9-10 forms but
      the staff refused to provide me with these
      forms. One occasion I did get one the officer
      crombled it and tossed it in the trash.

E.    If your answer is "YES," identify the administrative grievance procedure
      number(s) in which the claims raised in this complaint were addressed

and state the result at level one, level two, and level three.  **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _N/A at this time_

LEVEL 2 _____

LEVEL 3 _____

IV.   <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☑ Yes      ☐ No

B.   If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _Nicholas T. Berning-Billman_

Defendant(s): _U.S. Penitentiary Hazelton_

2.   Court: _Southern District of Ohio_
     *(If federal court, name the district; if state court, name the county)*

3.   Case Number: _2:21-CV-681_

4.   Basic Claim Made/Issues Raised: _Sexual harassment, Neglect, Assault, Hamiluation, Abuse, and Damages_

5.   Name of Judge(s) to whom case was assigned: _Michael H. Watson, and Chelsey M. Vascura_

6.   Disposition: _Transfered to this court._
     *(For example, was the case dismissed?  Appealed?  Pending?)*

7.   Approximate date of filing  lawsuit: _February, 16, 2021_

8.     Approximate date of disposition. Attach Copies:___*N/A*_____

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?

☑ Yes          ☐ No

D.     If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

After attempting administrative remedies with staff but was refused access. I wrote to the Inspector General, but still I havent heard anything back.

E.     Did you exhaust available administrative remedies?

☐ Yes          ☑ No

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

After my attempts to file the proper forms. I asked staff at Oklahoma Transfer Center what I could do and was told Nothing its to late. I wrote my court system for help and was mail a civil action packet.

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.     Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.   Name and location of court and case number:

_____

_____

_____

3.   Grounds for dismissal:   ☐ frivolous   ☑ malicious
     ☐ failure to state a claim upon which relief may be granted

4.   Approximate date of filing lawsuit: _____

5.   Approximate date of disposition: _____

## V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  Describe what <u>each</u> defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: Case/Unit Manager Kookolas, Jane Doe, and John Doe #S. worked in the B-unit. Me and my cellmate Brandon were left in a cell with a broken tolet for an extended amount of time. Having to live, Eat, and breath Fencal Matter & Urine sometimes up to 3 days before they would Flush our tolet. We asked for any cell moves or BP Forms but were iggnored.

Supporting Facts: The staff told us they put work request in. Also Myself and my cellmate will swear under oath.

**Attachment A**

CLAIM 2: John Doe #1, A Lietectant in the SHU. Made sexaully harassing remarks towards me. Slammed my Face on the wall and rubbed his body on mine and told me he'll brake my jaw so I could suck their Penises, or how he would run up in my dirty Pink assthole.

Supporting Facts: I was in the ShU. For 30+ hours. My swarn statment.

CLAIM 3: John Doe #1, #2, & #3, all made sexaul remarks and while #2 and #3 held me while I was cuffed Doe #1' slapped me around open handed while calling me different names. then picked me up and slammed me on the Floor.

Supporting Facts: My State ment.

CLAIM 4: John Doe 1, 2, 3, 4, 5, all stripped me naked and left me like this for a hour while they came back & forth to make lude comments or make other inappropriate commitents about sexuality or body shap. etc.

Supporting Facts: My state ment.

**Attachment A**

CLAIM 5: John Poe I 2, 3, 4, & 5. all at one point stopped or punched me or in some way Assaulted me while cuffed.

Supporting Facts: My Statement.

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Emotionally scared, and tramatized, Nightmares, Anxiety, and paranoia. I'm scared of any officer in the BOP now. I cant trust any of them. I had mutiple bruses and marks from their assault. Damages to my person and homiluation

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I feel staff in all BOP facilitys should be required to wear body camras. Fire the staff involved. Seek legal charges aginst them, policy changes. $100,000.°° for my treatment and damages. $100.°° a day for each day at B-Unit with a none working tolet.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  *FCI Beckley*  on  *May, 15, 2022* .
          (Location)                 (Date)

          *Your Signature*